# EXHIBIT A

**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box ☐ There is no additional administrative fee for this service.

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

Name of Respondent: **Obienterprise, LLC, Kenny Eric Eddleman, and Andrewa M. Eddleman**

Address: **1223 West 34th Street, Suite C-100**

| City: **Houston** | State: **Texas** | Zip Code: **77018** |
|---|---|---|
| Phone No.: **N/A** | Fax No.: **N/A** | |

Email Address: **N/A**

Name of Representative (if known): **Robert M. Einhorn, Esquire and Taylor N. Duncker, Esquire**

Name of Firm (if applicable): **Zarco Einhorn Salkowski**

Representative's Address: **2 S. Biscayne Boulevard, 34th Floor**

| City: **Miami** | State: **Florida** | Zip Code: 33131 |
|---|---|---|
| Phone No.: **305-374-5418** | Fax No.: | |

Email Address: **REinhorn@zarcolaw.com and tduncker@zarcolaw.com**

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute:

Claimant brings this claim for breach of a Franchise Agreement executed by and between Claimant and Respondents.

Dollar Amount of Claim: $ **125,000**

Other Relief Sought: ☑ Attorneys Fees  ☑ Interest  ☑ Arbitration Costs  ☐ Punitive/Exemplary
☐ Other:

Amount enclosed: $ **1975**

In accordance with Fee Schedule: ☑ Flexible Fee Schedule  ☐ Standard Fee Schedule

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

**Seeking arbitrators with 10+ years of Franchise Law experience.**

Hearing locale: **Sarasota, Florida**

*(check one)* ☐ Requested by Claimant  ☑ Locale provision included in the contract

AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

| | | |
|---|---|---|
| Estimated time needed for hearings overall: | hours or **3** | days |

Type of Business:

Claimant: **Franchisor**          Respondent: **Franchisee**

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?

**No**

| Signature (may be signed by a representative): | Date: |
|---|---|
| /s/ Evan M. Goldman, Esquire | September 4, 2025 |

Name of Claimant: **Paint Nail Bar Franchise Company, LLC**

Address (to be used in connection with this case): **PO Box 107**

| City: **Middletown** | State: **New Jersey** | Zip Code: **07748** |
|---|---|---|

| Phone No.: **215-965-1553** | Fax No.: |
|---|---|

Email Address: **evan@thefranchisefirm.com**

Name of Representative: **Evan M. Goldman, Esquire**

Name of Firm (if applicable): **The Franchise Firm LLP**

Representative's Address: **PO Box 107**

| City: **Middletown** | State: **New Jersey** | Zip Code: **07748** |
|---|---|---|

| Phone No.: **215-965-1553** | Fax No.: |
|---|---|

Email Address: **evan@thefranchisefirm.com**

To begin proceedings, **please file online at www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee.